UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 NOV 19 P 4: 09

FABIAN HARPER

VERSUS

CIVIL ACTION NO.: 03-638-A

ASST. WARDEN DOURRETTE, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 8, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the defendants' Motion to Dismiss for Failure to Prosecute (doc. 98) is hereby **DENIED**.

Baton Rouge, Louisiana, November 19, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA